# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

153829(53)

DAVID J. MCQUEER,
          Plaintiff-Appellee,

v

          SC: 153829
          COA: 325619
          Grand Traverse CC: 2014-030287-NO

PERFECT FENCE COMPANY,
          Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his supplemental brief is GRANTED. The supplemental brief submitted on February 28, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2018



Clerk